No. 96–8516. BOUSLEY v. BROOKS, WARDEN. C. A. 8th Cir. [Certiorari granted, 521 U. S. 1152.] Motion for appointment of counsel granted, and it is ordered that L. Marshall Smith, Esq.,

of St. Paul, Minn., be appointed to serve as counsel for petitioner in this case.